# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3410
_____

Terry D. Owens

*Plaintiff - Appellant*

v.

Central Bank #K00002095; Central Bank #X00126219; Central Trust Bank, a non-registered entity, also known as The Central Trust Bank, also known as The Central Trust Bank, Charter #U00000057; James Gerling, Bankcard Officer; Al Stonum, Jr., Vice President & Bank Card Director; Central Bank #X00189569

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: June 19, 2020
Filed: June 24, 2020
[Unpublished]
_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Missouri resident Terry D. Owens appeals the district court's[1] dismissal of two post-judgment motions filed 4 years after the dismissal of his pro se complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court concludes that the district court did not abuse its discretion in denying the motions. *See Noah v. Bond Cold Storage*, 408 F.3d 1043, 1045 (8th Cir. 2005) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.